UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 10444

-------------------------------------------------------------------x

DEBBIE ALMONTASER,

                     Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
JOEL KLEIN, individually and in his official capacity as
Chancellor of the New York City Department of Education;
ROSEMARY STUART, individually and in her official
capacity as Community Superintendent of District 15 and
Hiring Manager; CITY OF NEW YORK; MICHAEL
BLOOMBERG, individually and in his official capacity as
Mayor of the City of New York; DENNIS WALCOTT,
individually and in his official capacity as Deputy Mayor
for Education and Community Development,

                     Defendants.

-------------------------------------------------------------------x

**ORDER TO SHOW CAUSE**
**MOTION FOR**
**PRELIMINARY**
**INJUNCTION WITH**
**TEMPORARY**
**RESTRAINING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

Upon the Summons and Complaint and upon the declarations of Debbie Almontaser, dated November 18, 2007, Ernest A. Logan, dated November 15, 2007, Michelle Fine, dated November 15, 2007, Jose Rolando Matalon, dated November 16, 2007, and Alan Levine, dated November 18, 2007, and sufficient cause therefor appearing, let defendants show cause before the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, New York on the 30 day of November, 2007, at 12:00 Noon o'clock, or as soon thereafter as counsel can be heard, why an Order should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure:

    (a) affording plaintiff a full and fair opportunity to be reviewed and considered for the position of principal at Khalil Gibran International Academy according to principles of

merit and fitness, as provided in Chancellor's Regulation C-30, and including final consideration by a disinterested person, pending the final determination of this action; and

(b) enjoining and restraining defendants from proceeding pursuant to Chancellor's Regulation C-30 beyond the Level 1 Committee or otherwise to select, assign or appoint a principal at the Khalil Gibran International Academy until plaintiff is afforded such consideration; and

(c) granting such other and further relief as may be just and proper; and it is further

ORDERED that pending the hearing and determination of this motion,

~~(a) defendants are restrained, enjoined and stayed from proceeding beyond the Level 1 Committee level to select, assign or appoint a principal at the Khalil Gibran International Academy unless and until plaintiff is afforded a Level 1 Committee interview pursuant to Chancellor's Regulation C-30; and~~ {SHS}

(b) plaintiff is entitled to expedited discovery as ~~requested~~ *set forth at the conf on Nov 19*; and it is further

ORDERED, that service of a copy of this Order together with the papers on which it is granted, upon the Office of the Corporation Counsel of the City of New York, 100 Church Street, New York on or before November 19, 2007, shall be good and sufficient service upon defendants.

ENTER:

_____
U.S.D.J.

2

Order to Show Cause 11.19.07