UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEBBIE ALMONTASER,

                              Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
JOEL KLEIN, individually and in his official capacity as
Chancellor of the New York City Department of
Education; ROSEMARY STUART, individually and in
her official capacity as Community Superintendent of
District 15 and Hiring Manager; CITY OF NEW YORK;
MICHAEL BLOOMBERG, individually and in his
official capacity as Mayor of the City of New York;
DENNIS WALCOTT, individually and in his official
capacity as Deputy Mayor for Education and Community
Development,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

CV-07-10444 (SHS) (FM)

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of

Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent all defendants

in the above-referenced action.

Dated:   New York, New York
         November 21, 2007

          MICHAEL A. CARDOZO
          Corporation Counsel of the
            City of New York
          Attorney for Defendants
          100 Church Street, Room 2-101
          New York, New York 10007
          (212) 788-0884

By:         /s/
          PAUL MARKS (PM9558)
          Assistant Corporation Counsel