```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBBIE ALMONTASER,                          :        07 Civ. 10444 (SHS)

                Plaintiff,             :

      -against-                           :        ORDER

NEW YORK CITY DEPARTMENT OF                 :
EDUCATION, *ET AL.*,
                                            :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      An evidentiary hearing on plaintiff's motion for a preliminary injunction having begun on November 30, 2007 and having concluded on December 3, 2007, and a decision having been read into the record at a pretrial conference today with all parties present,

      IT IS HEREBY ORDERED that:

      1.    For the reasons set forth on the record today, plaintiff's motion for a preliminary injunction is denied;

      2.    Plaintiff's request for a stay of this decision pending a determination by the Court of Appeals is denied for the reasons set forth on the record; and

      3.    The next pretrial conference is scheduled for December 14, 2007, at 9:00 a.m.

Dated: New York, New York
       December 5, 2007

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.