UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DEBBIE ALMONTASER,

                                Plaintiff,

       -against-                                       07-CV-10444 (SHS) (FM)
                                                                     ECF Case

NEW YORK CITY DEPARTMENT OF EDUCATION;
JOEL KLEIN, individually and in his official capacity as        **NOTICE OF APPEAL**
Chancellor of the New York City Department of Education;
ROSEMARY STUART, individually and in her official
capacity as Community Superintendent of District 15 and
Hiring Manager; CITY OF NEW YORK; MICHAEL
BLOOMBERG, individually and in his official capacity as
Mayor of the City of New York; DENNIS WALCOTT,
individually and in his official capacity as Deputy Mayor
for Education and Community Development,

                                Defendants.
------------------------------------------------------------------------x

        Notice is hereby given that plaintiff DEBBIE ALMONTASER hereby appeals to the United States Court of Appeals for the Second Circuit from the attached Order, entered in this action on the 5th day of December, 2007, denying plaintiff's motion for preliminary injunctive relief.


DATED:      New York, New York
                  December 6, 2007

Respectfully submitted,

*[signature]*

ALAN LEVINE (AL 5297)
99 Hudson Street- 14th Floor
New York, New York 10013
(212) 739-7506


BELDOCK LEVINE & HOFFMAN LLP

By: *[signature]*
Cynthia Rollings (CR 6469)
Clare R. Norins (CN 2821)
99 Park Avenue - Suite 1600
New York, New York 10016
(212) 490-0400

*Attorneys for Plaintiff*


TO: Paul Marks, Esq. (PM 9558)
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-0884

Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBBIE ALMONTASER,  :  07 Civ. 10444 (SHS)

        Plaintiff,  :

  -against-  :  ORDER

NEW YORK CITY DEPARTMENT OF  :
EDUCATION, *ET AL.*,
          :
        Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    An evidentiary hearing on plaintiff's motion for a preliminary injunction having begun on November 30, 2007 and having concluded on December 3, 2007, and a decision having been read into the record at a pretrial conference today with all parties present,

    IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record today, plaintiff's motion for a preliminary injunction is denied;

    2.    Plaintiff's request for a stay of this decision pending a determination by the Court of Appeals is denied for the reasons set forth on the record; and

    3.    The next pretrial conference is scheduled for December 14, 2007, at 9:00 a.m.

*Dated:* New York, New York
       December 5, 2007

                      SO ORDERED:

                      [signature]
                      Sidney H. Stein, U.S.D.J.