AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

Debbie Almontaser,
    Plaintiff,

— against —

NYC Dept. of Education, et al.,
    Defendants

**APPEARANCE**

Case Number: 07-CV-10444 (SHS) (FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Debbie Almontaser

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/10/2007 | *[signature]* |
| Date | Signature |
| | Clare Norins     2821 |
| | Print Name     Bar Number |
| | 99 Park Avenue, Suite 1600 |
| | Address |
| | New York     NY     10016 |
| | City     State     Zip Code |
| | (212) 490-0400     (212) 557-0565 |
| | Phone Number     Fax Number |