

RECEIVED DEC 1 2 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.





USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/12/07

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Paul Marks
Phone: (212) 788-0884
Fax: (212) 788-8877
E-mail: pmarks@law.nyc.gov

December 12, 2007

**BY FAX:**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: Almontaser v. New York City Department of Education, et al.,
           CV-07-10444 (SHS) (FM)

Dear Judge Stein:

    I write on behalf of all parties with respect to two matters. First, the parties respectfully request that the December 14th conference in this case to set a discovery schedule be adjourned until the Second Circuit issues a decision on the appeal of the Court's decision denying plaintiff's motion for a preliminary injunction. A CAMP conference was held yesterday. At that conference, a schedule was set for the briefing and hearing of the appeal. Plaintiff's brief is to be served on defendants by December 26 and filed by December 27, defendants' brief is to be filed by January 9, plaintiff's reply brief is to be filed on January 16, and the appeal will be heard during the week of the week of January 21. Second, defendants respectfully request that their time to respond to the complaint be extended from January 8 to February 8, 2008. Plaintiff consents to this request.

Respectfully submitted,

Paul Marks
Assistant Corporation Counsel

*This request will be discussed at the 12/14 conference* SO ORDERED 12/12/07

SIDNEY H. STEIN
U.S.D.J.

cc: Alan Levine and Cynthia Rollings (by electronic mail)