```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEBBIE ALMONTASER,

                          Plaintiff,

        -against-                  07 Civ. 10444 (SHS)

NEW YORK CITY DEPARTMENT OF
EDUCATION; JOEL KLEIN, individually and in
his official capacity as Chancellor of the New York     ORDER
City Department of Education; ROSEMARY
STUART, individually and in her official capacity
as Community Superintendent of District 15 and
Hiring Manager; CITY OF NEW YORK;
MICHAEL BLOOMBERG, individually and in his
official capacity as Mayor of the City of New York;
DENNIS WALCOTT, individually and in his
official capacity as Deputy Mayor for Education
and Community Development,

                        Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The time for defendants to answer or otherwise respond to the complaint is adjourned until 30 days following a determination by the U.S. Court of Appeals for the Second Circuit on plaintiff's pending appeal of this Court's Order dated December 5, 2007; and

    2.    The parties are directed to inform the Court of the status of that appeal

every ninety days following January 21, 2008.

Dated: New York, New York
December 14, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.