USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DEBBIE ALMONTASER,

                        Plaintiff,

     -against-                              CV 07-10444 (SHS) (FM)

NEW YORK CITY DEPARTMENT OF EDUCATION;        ECF CASE
JOEL KLEIN, individually and in his official capacity as
Chancellor of the New York City Department of Education;
ROSEMARY STUART, individually and in her official
capacity as Community Superintendent of District 15 and
Hiring Manager; CITY OF NEW YORK; MICHAEL
BLOOMBERG, individually and in his official capacity as
Mayor of the City of New York; DENNIS WALCOTT,
individually and in his official capacity as Deputy Mayor
for Education and Community Development,

                        Defendants.
------------------------------------------------------------------x

## STIPULATION REGARDING EXHIBITS ADMITTED INTO EVIDENCE
## DURING PRELIMINARY INJUNCTION HEARING

       **WHEREAS** plaintiff Debbie Almontaser filed a complaint pursuant to 42 U.S.C.

§ 1983 and a motion for a preliminary injunction on or about November 19, 2007; and

       **WHEREAS** a hearing on plaintiff's motion was conducted by the Honorable

Sidney H. Stein, United States District Court Judge, on November 30, 2007 and

December 3, 2007;

       **IT IS HEREBY STIPULATED AND AGREED** by counsel for the parties that

the following exhibits were admitted into evidence:

**Plaintiff's Exhibit 1** – 8/2/07 email from Rosemary Stuart with subject line "Kahlil [sic] Gibran opening issues";

**Plaintiff's Exhibit 3** – String of emails between Rosemary Stuart and Debbie Almontaser sent on August 6 & 7, 2007 with subject line "Re: Interim Acting paperwork";

**Plaintiff's Exhibit 4** – String of emails between Rosemary Stuart and Debbie Almontaser sent on August 9, 2007 with subject line "Re: Good morning";

**Plaintiff's Exhibit 6** – Regulation of the Chancellor, Pedagogical Personnel Number C-30, as issued on October 10, 2007;

**Plaintiff's Exhibit 11** – Applications and Office of Leadership Development review forms for the four Khalil Gibran International Academy principal applicants selected for an interview with the Level I committee **(confidential and sealed)**;

**Plaintiff's Exhibit 12** – Debbie Almontaser's application for the position of principal of Khalil Gibran International Academy;

**Plaintiff's Exhibit 15** – Debbie Almontaser's resume that does not include her work with Khalil Gibran International Academy;

**Plaintiff's Exhibit 17** – August 6, 2007 New York Post article titled, "City Principal is 'Revolting'";

**Plaintiff's Exhibit 19** - October 18, 2006 New York Times article titled, "Manhattan: Principal Won't Be Rehired";

**Plaintiff's Exhibit 20** – November 26, 2007 deposition transcript of defendant Community Superintendent Rosemary Stuart **(portions of which are designated confidential)**;

**Plaintiff's Exhibit 21** – August 11, 2007 New York Times article titled, "Head of City's Arabic School Steps Down Under Pressure";

**Plaintiff's Exhibit 24** – Defendants' November 28, 2007 email stipulation regarding David Cantor's statement to the New York Times;

**Plaintiff's Exhibit 26** – Office of School Leadership's review form for Debbie Almontaser;

**Plaintiff's Exhibit 27** - Office of Leadership Development review forms for the four Khalil Gibran International Academy principal applicants selected for an interview with the Level I committee **(confidential and sealed)**;

**Defendants' Exhibit C** – February 13, 2007 New York Times article titled, "A New School Plans to Teach Half of Classes Using Arabic";

**Defendants' Exhibit D** – April 16, 2007 Associated Press article titled, "Proposal for public school focusing on Middle Eastern culture in New York City draws protests";

**Defendants' Exhibit E** – May 4, 2007 New York Times article titled, "Plan to Open an Arabic school in Brooklyn Arouses Protests";

**Defendants' Exhibit F** – May 4, 2007 NY1 News article titled, "Arabic Language School Struggles to Find A Home";

**Defendants' Exhibit G** – May 5, 2007 New York Post article titled, "City Arab School Move Defeated";

**Defendants' Exhibit H** – May 19, 2007 Brooklyn Newspaper article titled, "Exclusive: Almontaser Speaks! Gibran school principal stares down her critics";

**Defendants' Exhibit I** – May 20, 2007 Daily News op-ed by Debbie Almontaser titled, "Arabic public school will unite, not divide, us";

3

**Defendants' Exhibit K** – questions emailed by <u>New York Post</u> reporter Chuck Bennett's questions emailed to the Department of Education and forwarded to Debbie Almontaser;

**Defendants' Exhibit L** – Debbie Almontaser's August 10, 2007 resignation letter; and

**Defendants' Exhibit M** – August 6, 2007 email from Rosemary Stuart regarding posting an open position for the principal of Khalil Gibran International Academy.

**THE EXHIBITS ARE BEING HELD BY COUNSEL OF RECORD FOR EACH PARTY UNTIL REQUESTED BY THE COURT OF APPEALS.**

Dated:   December 18, 2007
         New York, New York

By:   /s Alan Levine
      Alan Levine (AL 5297)
      99 Hudson Street
      New York, NY 10013
      (212) 739-7506

BELDOCK LEVINE & HOFFMAN LLP

By:   [signature]
      Cynthia Rollings (CR 6469)
      Clare Norins (CN 2821)
      99 Park Avenue, Suite 1600
      New York, NY 10016
      (212) 490-0400

*Attorneys for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
100 Church Street, Room 2-101
New York, New York 10007
(212) 788-0884

By:   [signature]
      PAUL MARKS (PM 9558)
      Assistant Corporation Counsel

*Attorneys for Defendants*

SO ORDERED: 12/19/07
[signature]
U.S.D.J.