Received        NYC LAW DEPARTMENT      Fax:212-788-8877      Apr  6 2008  16:42      P.02



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Paul Marks
Phone: (212) 788-0884
Fax: (212) 788-8877
E-mail: pmarks@law.nyc.gov

April 6, 2008

**MEMO ENDORSED**

**BY FAX: 212-805-7924**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Almontaser v. New York City Department of Education, et al.</u>,
       CV-07-10444 (SHS) (FM)

Dear Judge Stein:

    I write on behalf of defendants with respect to plaintiff's filing of a Second Amended Complaint. It is my understanding that plaintiff hand delivered a letter to Your Honor on Friday, April 4th requesting permission to file a Second Amended Complaint and indicating that defendants consented to its filing, which they do. I write to inform Your Honor that the parties have agreed that defendants' time to respond to the Second Amended Complaint will be 30 days after the date it is filed.

Respectfully submitted,

*Paul Marks*
Paul Marks
Assistant Corporation Counsel

SO ORDERED 4/7/08

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

cc: Alan Levine, Cynthia Rollings and Clare Norrins (by electronic mail)