BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE
NEW YORK, N.Y. 10016-1503

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER
PETER S. MATORIN
KATHERINE G. THOMPSON
ROBERT L. HERBST
CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK
VERA M. SCANLON

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF

REF:

WRITER'S DIRECT DIAL:

*RECEIVED APR 7 2008 — CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/7/08*

April 4, 2008

**VIA HAND DELIVERY**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

**MEMO ENDORSED**

Re: *Almontaser v. NYC Department of Education, et al.*,
07-CV-10444 (SHS) (FM)

Dear Judge Stein:

As counsel for plaintiff, and in light of the Second Circuit's March 20, 2008 decision in this case, we write to request permission pursuant to Fed.R.Civ.P. 15 to file a Second Amended Complaint, a copy of which is enclosed. This most recent version of the complaint differs from the Amended Complaint at paragraph 45 and Counts III, IV and V. Defendants, who have not yet answered the Amended Complaint, consent to plaintiff's instant request.

Thank you for your consideration in this matter.

Respectfully submitted,

Cynthia Rollings
Clare Norins

Cc: Alan Levine
    Paul Marks

SO ORDERED 4/7/08
SIDNEY H. STEIN
U.S.D.J.