USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBBIE ALMONTASER,                             :    07 Civ. 10444 (SHS)

                Plaintiff,                    :

       -against-                                  :    ORDER

NEW YORK CITY DEPARTMENT OF                    :
EDUCATION, *ET AL.*,
                                              :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that there will be a pretrial conference on May 9, 2008, at 11:00 a.m.

Dated: New York, New York
       April 7, 2008

                                             SO ORDERED:

                                             Sidney H. Stein, U.S.D.J.