

# United States Court of Appeals

### FOR THE
### SECOND CIRCUIT



*handwritten: SDNY/NYNY 07-CV-10444 Stein*

FILED
MAR 2 0 2008
Catherine O'Hagan Wolfe, Clerk

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of March, two thousand eight,

Before:     Hon. Jon O. Newman,
            Hon. Ralph K. Winter,
            Hon. Barrington D. Parker,
                            *Circuit Judges.*

Docket No. 07-5468-cv

---

Debbie Almontaser,

              *Plaintiff-Appellant,*

    v.

New York City Department of Education,  Joel  Klein, individually and in his official capacity as Chancellor of the New York City Department of Education, Rosemary Stuart,  individually and in her official capacity as Community Superintendent of District 15 and Hiring Manager, Michael Bloomberg, individually and in his official capacity as Mayor of the City of New York and  Dennis Walcott, individually and in his official capacity as Deputy Mayor for Education and Community Development,

              *Defendants-Appellees.*

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on  the transcript of record from the United States District Court for the Southern District of New York and was submitted by counsel.

ON CONSIDERATION THEREOF, it is hereby ORDERED, ADJUDGED and DECREED that the order of said District Court be and hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

*Joy Fallek*

Joy Fallek,
Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
DEPUTY CLERK

Issued as Mandate:
APR 1 4 2008