Received: NYC LAW DEPARTMENT    Fax:212-788-8877    May 1 2008 03:50pm

RECEIVED
MAY - 1 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Paul Marks
Phone: (212) 788-0884
Fax: (212) 788-8877
E-mail: pmarks@law.nyc.gov

May 1, 2008

BY FAX: 212-805-7924

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Almontaser v. New York City Department of Education, et al.,
CV-07-10444 (SHS) (FM)

Dear Judge Stein:

A conference in this case is scheduled for Friday, May 9 at 11:00. I write on behalf of the parties to inform Your Honor that we have conferred as required by Federal Rule of Civil Procedure 26(f) and have agreed upon the following discovery schedule, subject to the Court's approval.

1. Service of Initial Disclosures: ~~May 30,~~ *June 13*, 2008.

2. Document requests and Interrogatories: ~~Plaintiff~~ *Parties* to serve on or before *June 27, 2008* ~~May 30, 2008. Defendants to serve on or before June 13, 2008.~~

~~3. Depositions: To begin no earlier than July 1, 2008, unless the parties agree otherwise.~~

3. Close of fact discovery: ~~September 29,~~ *October 31*, 2008.

4. *Status conf/ Oct 31, 2008 at 11 A.M.*

*May 20, 2008
So ordered
Sidney H. Stein
U.S.D.J.*