Received:
NYC LAW DEPARTMENT    Fax:212-788-8877    Aug 11 2008 12:37pm    Aug 11 2008 12:55    P 002



RECEIVED

AUG 1 1 2008

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Paul Marks**
Phone: (212) 788-0884
Fax: (212) 788-8877
E-mail: pmarks@law.nyc.gov

August 11, 2008

**BY FAX: 212-805-7924**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: Almontaser v. New York City Department of Education, et al.,
CV-07-10444 (SHS) (FM)

Dear Judge Stein:

I write on behalf of all of the parties to respectfully request that the deadline for the close of fact discovery in this case be extended from October 31 to December 15, 2008. In June, the parties served each other with their initial disclosures and with interrogatories and document requests. Shortly thereafter, we engaged in settlement discussions. During the period we were discussing settlement, we agreed to suspend each other's obligations to respond to the discovery requests. On August 1, it became clear that the parties would not be able to settle this case and we are resuming discovery. Given the amount of time that has elapsed during our settlement discussions, we do not believe that we will be able to complete discovery by October 31. We thus jointly request an extension of the fact discovery deadline to December 15.

Respectfully submitted,

Paul Marks
Assistant Corporation Counsel

SO ORDERED 8/14/08

SIDNEY H. STEIN
U.S.D.J.

cc: Clare Norins (by electronic mail)