USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| DEBBIE ALMONTASER, | : | 07 Civ. 10444 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| NEW YORK CITY DEPARTMENT OF EDUCATION, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that the next pretrial conference will be held on Friday, December 12, 2008, at 12:00 p.m.

Dated: New York, New York
September 3, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.